## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| **IN RE:**<br><br>**L&R DEVELOPMENT & INVESTMENT CORP**<br><br><br><br>**Debtor(s)** | **CASE NO.   16-08792 BKT**<br><br>**Chapter  11**<br><br>**Adversary No.  17-00026** |
| **L&R DEVELOPMENT & INVESTMENT CORP; JOSE LOPEZ AVILES; NILSA ENID GUZMAN BIDOT**<br><br><br>**Plaintiff**<br><br>**vs.**<br><br>**HECTOR NOEL ROMAN;**<br>**MYRNA ENID PEREZ VEGA;**<br>**ABLE INSURANCE AGENCY, INC.**<br>**[Dismissed]**<br><br><br>**Defendant(s)** | **FILED & ENTERED ON 10/27/2017** |

## OPINION & ORDER

For the reasons stated in Plaintiff/Debtor L&R Development & Investment Corporation's

*Opposition to Motion to Reconsider as Amended (Docket No. 89 and 90) and Motion to Stay Order*

*to Deposit Funds (Docket No. 92)* filed on 9/12/2017 [Dkt. No. 93], whose conclusions of law the court hereby adopts in its entirety, Defendants Hector Noel Roman and Myrna Enid Perez Vega's (the "Romans") *Amended Motion to Reconsider or Amend Order at Docket No. 87* filed on 9/11/2017 [Dkt. No. 90] is DENIED. However, the court amends the last paragraph of its Order dated 8/29/2017 [Dkt. No. 87] as follows:

> No adjudication of the factual and legal issues presented by the parties is needed for the court to employ its equitable powers. Based on the arguments presented, the court determines that the funds in question are better safeguarded in the possession of the Clerk of Court, United States Bankruptcy Court for the District of Puerto Rico while the parties litigate its ownership. The Co-Defendants shall deposit with the Clerk of Court the amount of **$768,443.11** within ten (10) days. The Clerk to follow up. [Emphasis ours]

The Romans shall deposit the funds with the Clerk of Court, United States Bankruptcy Court for the District of Puerto Rico no later than 11/6/2017, as ordered on 10/18/2017 [Dkt. No. 100]. The court shall not grant the Romans any further extension of time for the deposit of the funds.

SO ORDERED

San Juan, Puerto Rico, this 27th day of October, 2017.

Brian K. Tester
U.S. Bankruptcy Judge